**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-7241**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

TRAYONE MAURICE BURTON,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., District Judge.  (3:07-cr-00773-JFA-1)

———————

Submitted:  February 24, 2011      Decided:  March 2, 2011

———————

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Trayone Maurice Burton, Appellant Pro Se.  Stanley Duane Ragsdale, John David Rowell, Jane Barrett Taylor, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trayone Burton appeals the district court's order denying his motion for reconsideration of the order denying his request for transcripts at government expense. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Burton</u>, No. 3:07-cr-00773-JFA-1 (D.S.C. Aug. 23, 2010). We deny Burton's motion for transcripts at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2